Unsealed on 6/21/16

FILED JUN 20 2016

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>FELIX ZEBALLOS,<br><br>                  Defendant | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br>Title 18, U.S.C., Section 2261A(2)(B) –<br>Cyberstalking<br><br>'16 MJ 1741 |

The undersigned complainant being duly sworn states:

### Count 1

From on or about February 17, 2016 through February 20, 2016, in the Southern District of California and elsewhere within the jurisdiction of this Court, defendant FELIX ZEBALLOS, with the intent to harass and intimidate Adult Victim #1, used a facility of interstate or foreign commerce, specifically, a cellular telephone and an internet-based text messaging application, to engage in a course of conduct that caused or would be reasonably expected to cause substantial emotional distress to Adult Victim #1; in violation of Title 18, United States Code, Section 2261A(2)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Kristopher Serra
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this 20 day of June, 2016.

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge
Southern District of California

## STATEMENT OF FACTS

I, Special Agent Kristopher Serra, declare under penalty of perjury, the following is true and correct:

On February 17, 2016, an Unknown Individual at 760-512-7969 ("UI") began sending text messages to Adult Victim #1 ("AV1"), threatening to post sexually explicit photos and videos of AV1 online. AV1 is twenty years old and lives in the Southern District of California. On February 17, 2016, the UI texted, "We recovered a damaged iphone 5 from a totaled vehicle which contained some…interesting footage of you. While we personally did enjoy your videos, we arent too sure how the public would percieve them." The UI demanded that AV1 send the UI $1000 or a video of AV1 performing a sexual act "by 12am tonight or the videos are posted on multiple sites." The UI texted, "…dont tell anyone else about this or ill leak the videos."

During an interview with AV1, AV1 explained that her ex-boyfriend, Felix ZEBALLOS ("ZEBALLOS"), had an iPhone 5 containing sexually explicit photos and videos of AV1. AV1 stated that following receipt of the text messages from the UI, she contacted ZEBALLOS, who told AV1 that he had lost his iPhone 5 in a car accident approximately one month prior.

On the same day AV1 received the message from the UI, ZEBALLOS also texted AV1 to tell her that the UI had contacted him as well. ZEBALLOS texted AV1, "Call me please my hearts racing idk [I don't know] what to do" and "Probably a prank just be safe." ZEBALLOS further texted, "I checked reddit, police wont be much help and risks chance of him leaking. Your other options are to do as he says :( Or to deal with the consequences and chalk it up to life experience. … Hes using an app, its most likely untraceable." ZEBALLOS also informed AV1 that the UI was demanding $2000 and that he (ZEBALLOS) could cover half that amount.

Subsequently, the UI texted AV1, "Your man offered 1000$ which he is getting to me by tonight. From you i need the video of you sucking a dick/dildo or another 1000 your choice, by tonight … If youre short by even a cent, i will post the videos."

1    On February 18, 2016, the UI texted AV1 demanding "footage." The UI also texted AV1 specific details about her identity, place of residence, the school she attends, and the identity of an immediate family member, and stated:

> Keep in mind I know more about you than you think, going to the police or asking someone for help may stop me for a little, but I have people. They would pursue you, your best bet would simply cooperate with demands when I ask if them and keep this to yourself. ... I dont want to harm you. Just keep this to yourself, continue to do as i ask, and no harm will come.

On February 19, 2016, ZEBALLOS texted AV1 that the UI "just called me off a blocked number." In response, AV1 asked, "...can you just call me now for a bit? I'm gunna be freaking out ... Did you talk to him?" ZEBALLOS replied to AV1, "He mntioned you and la and wants to me there... Idk [I don't know] how he knows youre in LA thats fucking creepy."

On February 20, 2016, Adult Victim #1 ("AV1") called the FBI Public Access Line to report possible extortion and threat to life. AV1 stated that the UI had sent her text messages threatening to post sexually explicit photos and videos of AV1 online. AV1 stated that she was scared and "wanted it all to end."

On February 22, 2016, ZEBALLOS texted AV1, "Im sorry but i was the one blackmailing you, it was stupid and impulsive. Will take whatever comes..."

On March 2, 2016, I interviewed ZEBALLOS at the community swimming pool in his residential complex in Carlsbad, California. I advised ZEBALLOS that he was not under arrest or in custody, and that he could leave at any time. ZEBALLOS stated that he believed he was being questioned because he was "blackmailing" his ex-girlfriend, AV1. ZEBALLOS admitted that he had used an anonymous text messaging application to demand money and sexually explicit videos from AV1. ZEBALLOS further admitted he used the anonymous text messaging application to send messages to AV1 containing her personal details to deter her from going to the police in order to avoid any harm. ZEBALLOS stated that he believed AV1 was "freaked out" by the messages and felt "upset and betrayed" when she learned that it was ZEBALLOS.

## **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the statement of facts and arrest warrant. Sealing is necessary because premature disclosure of the contents of this statement of facts and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.